# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 25, 2013

Lyle W. Cayce
Clerk

No. 12-50868
Summary Calendar

LUIS ALVARO OROZCO,

Petitioner-Appellant

v.

UNITED STATES OF AMERICA; BUREAU OF PRISONS; UNITED STATES
ATTORNEY GENERAL; WARDEN, REEVES COUNTY DETENTION CENTER
III,

Respondents-Appellees

Appeals from the United States District Court
for the Western District of Texas
USDC No. 4:11-CV-79

Before JONES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:[*]

Luis Alvaro Orozco, federal prisoner # 88720-012, an illegal alien against whom the Bureau of Immigration and Customs Enforcement has issued a detainer subjecting him to immediate removal from the United States upon release from the custody of the Bureau of Prisons ("BOP"), moves to proceed *in forma pauperis* ("IFP") to appeal the dismissal of his 28 U.S.C. § 2241 petition

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

challenging the BOP's exclusion of him from rehabilitation programs and halfway houses. His arguments are foreclosed by *Gallegos-Hernandez v. United States*, 688 F.3d 190, 192–93 (5th Cir.), *cert. denied*, 133 S. Ct. 561 (2012).

Accordingly, the motion to proceed IFP is DENIED, and the appeal is DISMISSED as frivolous. *See* 5TH CIR. R. 42.2.